OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO<br>*Chief Circuit Mediator*<br>DEBORAH N. GINOCCHIO<br>RODERICK M. MCFAULL<br>MARIANN YEVIN | 100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202-3988<br>CA06-MEDIATION@ca6.uscourts.gov | TELEPHONE (513) 564-7330<br>FAX (513) 564-7349 |

March 25, 2013

Stephen P. Berzon, Esq.            Donald J. McTigue, Esq.
Michael Jason Hendershot, Esq.     Aaron David Epstein, Esq.
Caroline H. Gentry, Esq.           Richard N. Coglianese, Esq.

Re:  *SEIU, et al v. Jon Husted, et al*, CA No. 12-4264
     *NE OH Coalition for Homeless, et al v. Jon Husted, et al*, CA No. 12-4354

## MEDIATION CONFERENCE NOTICE
## FOLLOW-UP

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that a follow-up **TELEPHONE** mediation conference has been scheduled for __MAY 15, 2013__ at __1:00 PM__ **EASTERN TIME**.

Sincerely,

Paul B. Calico

/s/

by:  Teresa R. Mack
Mediation Administrator